### GUARDIANSHIP OF MARIA MOHLENHAUER.

No. 2349—March 20, 1878.

SUPPORT OF A MINOR WARD.—Where a guardian possessed of means of his own,
marries a minor's mother, who has separate estate, the support of the minor
may be apportioned as a burthen upon the estate of the three persons, the ap-
portionment to be regulated by the sound discretion of the Court.

Construing section, C. C., 209.

*Gray & Brandon,* for guardian.

*E. D. Sawyer,* for minor heir.

This is a settlement of the accounts of the guardian for
9 years and 11 months to Jan. 1, 1878. It was found that
the compensation of the guardian for the care and manage-
ment of the estate should be $1,500. The other question is
as to compensation for support and education. The guar-

---

NOTE.—A warrant of commitment was issued and the party lodged in jail. He
thereupon sued out a writ of *habeas corpus* from the Supreme Court. Upon the re-
turn of the writ the matter was heard before the Court, and the writ dismissed and
the party remanded.

*Ex parte* Wm. Smith, 53 Cal., 204.

dian charges $75 per month for the period. Both the ward and her mother derived a considerable estate from the father of the ward, which yields income, and the guardian has married the mother, and has property and income of his own. Four children have been born of this last marriage, and all reside together. The ward, now seventeen years of age, requests that the guardian be allowed the sum asked by him. The guardian has treated the ward kindly, and educated her according to her condition in life.

By the COURT: There are three sources from which the minor's support may come, viz: the resources of the step-father, of the mother, and of her own property. Under the circumstances of this case, the burden should be divided. Let $25 per month be paid out of the estate of the ward.